# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**Thomas C Williams**
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # **786936**

vs.

**Ohio STaTe Troopers**
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

_____
_____
_____
_____

**1:22CV164**

**J. COLE**
**MJ SILVAIN**

## COMPLAINT

I.  PARTIES TO THE ACTION:

   PLAINTIFF:  PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

   **Thomas C Williams**
   NAME - FULL NAME PLEASE - PRINT

   **1101 SummiT RD**
   ADDRESS; STREET, CITY, STATE AND ZIP CODE

   **CincinnaTi OH 45237**

   **607-232-7079**
   TELEPHONE NUMBER

   IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

   PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (●) NO ( )

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS: Thomas C Williams (chief ConsTiTuenT)

            DEFENDANTS: Warren CounTy Ohio sTaTe Trooper

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY) Warren CounTy

        3.    DOCKET NUMBER DonT Know IT YeT

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED DonT Know iT YeT

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7.    APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

__SumniT Behavioral HealThcare__

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (●) NO ( )

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO ( )

- C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?
    __wroTe county sheriff__

    2. WHAT WAS THE RESULT?
    __noThing YeT__

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

- F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

-3-

**DEFENDANTS:**

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. **Ohio STaTe Troopers**
   NAMES - FULL NAME PLEASE

   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. 

3. 

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

I was arrested on Oct. 20th Till Mar. 23rd from Oct. 20th To Mar. 1st aSter court on Jan. 25th Till Mar. 1st I was aT The Warren county Jail They PuT me in SummiT behavioral HealThcare and I have been here from Mar. 1st Mar. 23rd

My Dip no. 83-263.93.3976.18/4/3/

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Order The sTaTe Troopers from Ohio To give me my badge 107 Back and 3 million Dollars for arresting me a chief ConsTiTuenT Badge 107 on medical leave.

SIGNED THIS 23 DAY OF march 2022.

_[signature]_

SIGNATURE OF PLAINTIFF